UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                         :

VICTORIA N. GARCIA,                  :
                                         :

                        Plaintiff,    :
                                         :             22-CV-1912 (VSB)

            -against-          :
                                         :              **ORDER**

REBECCA MINKOFF LLC, et al.,     :
                                         :

                     Defendants.  :
                                         :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on March 4, 2022, (Doc. 1), and filed affidavits of service on July 7, 2022, (Docs. 25, 26).  The deadline for Defendants to respond to Plaintiff's complaint was July 13, 2022.  (*See* Docs. 25, 26.)  To date, Defendants have not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 22, 2022.  If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 15, 2022
            New York, New York

                                   VERNON S. BRODERICK
                                   United States District Judge