UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   22cv1912 (DLC)
VICTORIA N. GARCIA,                      :
                                         :
                         Plaintiff,      :   ORDER
            -v-                          :
                                         :
REBECCA MINKOFF LLC and SUNRISE BRANDS   :
LLC,                                     :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

The plaintiff having requested a default judgment against defendant Rebecca Minkoff LLC on September 16, 2022, it is hereby

ORDERED that the plaintiff shall serve this Order and the underlying papers on defendant Rebecca Minkoff LLC on or before **October 14, 2022** by certified overnight mail.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **November 18, 2022 at 12:00 P.M.** in Courtroom 18B, 500 Pearl Street, New York NY 10007.  Failure of defendant Rebecca Minkoff LLC to appear will result in entry of a default or a default judgment.

Dated:   New York, New York
         September 26, 2022

                                    _____
                                          DENISE COTE
                                    United States District Judge