```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22cv1912 (DLC)
VICTORIA N. GARCIA,                      :
                                         :
                    Plaintiff,           :    ORDER
         -v-                             :
                                         :
REBECCA MINKOFF LLC and SUNRISE BRANDS   :
LLC,                                     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 30, 2022, defendant Sunrise Brands LLC moved to dismiss the second amended complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  It is hereby

ORDERED that any opposition to the motion to dismiss shall be filed by **October 21, 2022**.  A reply, if any, shall be filed by **November 4, 2022**.  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          October 3, 2022

                                  _____
                                          DENISE COTE
                                  United States District Judge