# LAW OFFICE OF MARC M. ISAAC PLLC

**34 WILLIS AVENUE**
**MINEOLA, NEW YORK 11501-4406**

PHONE: (516) 750-1422          FAX: (866) 342-2903

MISAAC@MMIPLLC.COM
WWW.MMIPLLC.COM

<u>VIA ECF</u>
Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007-1312

November 8, 2022

Re:   Garcia v. Rebecca Minkoff LLC and Sunrise Brands, LLC
      Case No.: 22-CV-01912 (DLC)

Dear Judge Cote:

I represent defendant Sunrise Brands LLC ("Sunrise") in the above-referenced case. An initial conference in the case is scheduled for November 10, 2022 at 10:30 am.
Sunrise filed a motion to dismiss the second amended complaint on September 30, 2022. Plaintiff filed her opposition to the motion on October 21, 2022. On November 4, 2022, Sunrise filed its reply in further support of the motion. In accordance with Your Honor's Individual Practices in Civil Cases, I had two courtesy copies of all motion papers that were filed delivered to the Court today.

Given the pendency of Sunrise's motion to dismiss the second amended complaint, Sunrise respectfully requests that the initial conference scheduled for November 10, 2022 be adjourned until the motion has been decided. Thank you.

*Granted - The conference is adjourned sine die.*

*Denise Cote*
*11/8/22*

Respectfully submitted,

/s/ Marc M. Isaac

MARC M. ISAAC

Cc: Fred V. Charles, Esq. (*via ECF*)