IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA N. GARCIA,<br><br>                            Plaintiff,<br><br>v.<br><br>REBECCA MINKOFF LLC, and<br>SUNRISE BRANDS, LLC<br><br>                            Defendants. | Case No. **22-cv-01912-DLC**<br><br>~~PROPOSED~~ **DEFAULT JUDGMENT** |

### JUDGMENT

On March 4, 2022, this action was commenced by Plaintiff filing of the complaint (Dkt. No. 1). A First Amended Complaint was filed on June 17, 2022. The summons and complaint in this action having been duly served on Defendant Rebecca Minkoff LLC ("Minkoff") on June 22, 2022 (Dkt. Nos. 25 & 26).

To date, Minkoff has failed to appear in this action. The Clerk of this court has certified the default of Minkoff (Dkt. No 44).

NOW, on motion of Plaintiff, by her attorney Fred V. Charles, it is hereby ORDERED, ADJUDGED AND DECREED:

That ~~the Plaintiff have judgment~~ *a default is entered* against Minkoff in amount to be determined at inquest.

Dated: New York, New York

ISSUED: 11/18/22

                                                        DENISE L. COTE
                                                        UNITED STATES DISTRICT JUDGE