```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22cv1912 (DLC)
VICTORIA N. GARCIA,                      :
                                         :
                       Plaintiff,        :    ORDER
            -v-                          :
                                         :
REBECCA MINKOFF LLC and SUNRISE BRANDS   :
LLC,                                     :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the initial pretrial conference in this matter scheduled for March 17 is moved to **March 16, 2023 at 11:30 AM** in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         March 6, 2023

                                    _____
                                          DENISE COTE
                                    United States District Judge