# CHARLES LAW, P.C.
Attorneys at

Fred V. Charles, Esq.

Member of the New York Bar

**VIA ECF**
Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Garcia v. Minkoff, et al., 22-cv-01912 (DLC)

Dear Judge Cote:

    This letter motion is to respectfully request an adjournment of the initial pretrial conference in the above-referenced matter scheduled for this Thursday, March 16, 2023. *See* ECF Docket No 76.

    Sunrise Brands has consented to this request for an adjournment.

    This letter motion is the plaintiff's first request for an adjournment or extension of time.

Respectfully submitted,

Dated:    March 14, 2023

            Far Rockaway, New York

*[Handwritten note: "The conference is adjourned to March 24 at 1:30 pm. /s/ Denise Cote 3/15/23"]*

Respectfully submitted,

/s/ Fred Charles

Fred V. Charles, Esq.
Attorney for Plaintiff
1612 Central Avenue
Far Rockaway, NY 11691
Telephone: (646) 494-2662