# CHARLES LAW, P.C.
**Attorneys at Law**

Fred V. Charles, Esq.

Member of the New York Bar

March 23, 2023

**VIA ECF**
Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: <u>Garcia v. Minkoff, et al., 22-cv-01912 (DLC)</u>

Dear Judge Cote:

This letter motion is to respectfully request an adjournment of the initial pretrial conference in the above-referenced matter scheduled for this Friday March 24, 2023. *See* ECF Docket No. 81.

Sunrise Brands has consented to this request for an adjournment.

Counsel for both parties are not available for an initial conference on April 14, 2023. The non-Friday dates of unavailability for counsel are March 29, March 30, April 3, April 11, April 17, April 18, and the afternoon of April 20.

This letter motion is the plaintiff's second request for an adjournment or extension of time.

Very truly yours,

*/s/ F. Charles*

Fred V. Charles, Esq.
Charles Law, P.C.
P: (646) 494-2662
F: (800) 757-9630
fcharles@charleslawpc.com

---

*Handwritten note from Judge:*

The conference is adjourned to 3/31 at 2:00 pm. There shall be no further adjournment.

*Denise Cote*
3/23/23