```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    22cv1912 (DLC)
VICTORIA N. GARCIA,                   :
                                      :
                        Plaintiff,    :         ORDER
            -v-                       :
                                      :
REBECCA MINKOFF LLC and SUNRISE BRANDS :
LLC,                                  :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received on April 10, 2023 plaintiff's counsel's request for an accommodation, it is hereby

ORDERED that pretrial conferences in this action shall be conducted via telephone where in-court appearances are unnecessary.

Dated:   New York, New York
         April 11, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge