# CHARLES LAW, P.C.

Attorneys at Law

Fred V. Charles, Esq.
_____
Member of the New York Bar

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/14/2023

June 13, 2023

VIA ECF
Honorable Barbara C. Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re: Garcia v. Minkoff, et al., 22-cv-01912 (DLC)

Dear Judge Moses:

    I represent plaintiff Victoria N. Garcia ("Plaintiff") in this matter. I am writing to you jointly with Marc M. Isaac, Esq., counsel for defendant Sunrise Brands LLC ("Sunrise") to respectfully request an adjournment of this matter's June 15, 2023, settlement conference.

    The parties have yet to reach sufficient agreement on the law and facts in this matter to have a good faith negotiation for settlement before the Court.

    Both parties are available for a settlement conference on June 28, 2023. All efforts will be made by counsel for both sides to have good faith discussion towards settlement before that date.

Respectfully submitted,

*/s/ Fred V. Charles/*

Fred V. Charles, Esq.
244 Fifth Ave., Suite #2717
New York, New York 10001-7604
Phone: (646) 494-2662
Fax:   (800) 757-9630
Email: fcharles@charleslawpc.com

cc: Marc M. Isaac, Esq.

---

Application GRANTED. The settlement conference is ADJOURNED to **June 28, 2023, at 2:15 p.m.** The parties shall submit their revised confidential settlement letters, in accordance with ¶ 3 of Judge Moses's April 28, 2023 Order (Dkt. 99), no later than **June 21, 2023**. Plaintiff's counsel must apply for an electronic device order on behalf of plaintiff in advance of the adjourned settlement conference. SO ORDERED.

*/s/ Barbara Moses/*

Barbara Moses
United States Magistrate Judge
June 14, 2023