UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
: 22cv1912 (DLC)
VICTORIA N. GARCIA, :
:
                Plaintiff, : <u>ORDER</u>
      -v- :
:
REBECCA MINKOFF LLC and SUNRISE BRANDS :
LLC, :
:
               Defendants. :
:
------------------------------------------ X

DENISE COTE, District Judge:

    On November 18, 2022, a default was entered against defendant Rebecca Minkoff LLC in an amount to be determined at inquest.  On June 30, 2023, it was reported to the Court that this case has been settled against defendant Sunrise Brands LLC.  It is hereby

    ORDERED that this case is referred to Magistrate Judge Barbara C. Moses for an inquest on damages against Rebecca Minkoff LLC.

Dated:    New York, New York
            June 30, 2023

                                        DENISE COTE
                            United States District Judge