```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
VICTORIA N. GARCIA,                      :   22cv1912(DLC)
                                         :
                        Plaintiff,       :   ORDER OF
            -v-                          :   DISCONTINUANCE
                                         :
REBECCA MINKOFF LLC and SUNRISE BRANDS   :
LLC,                                     :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled as to defendant Sunrise Brands LLC, it is hereby

ORDERED that the above-captioned action is discontinued as to defendant Sunrise Brands LLC without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **July 31, 2023**. If no such application is made by that date, today's dismissal of the action as to defendant Sunrise Brands LLC is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         June 30, 2023

                                   _____
                                          DENISE COTE
                                   United States District Judge