# CHARLES LAW, P.C.
**Attorneys at Law**

Fred V. Charles, Esq.
_____
Member of the New York Bar

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/11/2023

September 8, 2023

VIA ECF
Honorable Barbara C. Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312



Re: Garcia v. Minkoff, et al., 22-cv-01912 (DLC)

Dear Judge Moses:

> I represent plaintiff Victoria N. Garcia ("Plaintiff") in this matter. I respectfully request an extension of time until September 22, 2023, to file Plaintiff's Proposed Findings of Fact and Conclusions of Law relating to the defaulting party Rebecca Minkoff, LLC.

This is Plaintiff's third request for an extension of time to file the Proposed Findings of Fact and Conclusion of Law. The original deadline for the filing was August 3, 2023, pursuant to the Court's Scheduling Order. See ECF Dokt. #113. The reason for the requested extension of time is that final agreement with the settling defendant Sunrise Brands LLC ("Sunrise") has been executed, but Sunrise has failed to tender the agreed consideration, which was due to be delivered to Plaintiff August 28, 2023. Plaintiff will need to request the assistance of the Court if payment is not made within the next two weeks. The only opposing party affected by this request has not appeared in this action.

Thank you for your attention to this matter.

Respectfully submitted,

Very truly yours,

_/s/ Fred V. Charles_

Fred V. Charles, Esq.
244 Fifth Ave., Suite #2717
New York, New York 10001-7604
Phone: (646) 494-2662
Fax:    (800) 757-9630
Email: fcharles@charleslawpc.com

> Application GRANTED. No further extensions will be granted absent compelling circumstances. SO ORDERED.
>
> _/s/ Barbara Moses_
> Barbara Moses
> United States Magistrate Judge
> September 11, 2023

cc: Marc M. Isaac, Esq.