UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
VICTORIA N. GARCIA,                      :        22cv1912 (DLC)
                                         :
                          Plaintiff,     :          ORDER
             -v-                         :
                                         :
REBECCA MINKOFF LLC, et al.,             :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On November 18, 2022, a default was entered against defendant Rebecca Minkoff LLC in an amount to be determined at inquest. On June 30, 2023, this case was referred to Magistrate Judge Barbara C. Moses for an inquest on damages. Having received Judge Moses's Report and Recommendation on November 24, 2025, it is hereby

ORDERED that the November 18, 2022 entry of default is vacated for plaintiff Garcia's failure to properly effect service of the second amended complaint.

IT IS FURTHER ORDERED that plaintiff's motion for an entry of default judgment against Rebecca Minkoff LLC is denied with leave to renew no later than **March 20, 2026,** if plaintiff properly serves the defendant with the second amended complaint via the New York Secretary of State by **February 4, 2026.**

See N.Y. Ltd. Liab. Co. L. § 303(a).

Dated:    New York, New York
          January 5, 2026

_____
DENISE COTE
United States District Judge
