UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
VICTORIA N. GARCIA,                   :        22cv1912 (DLC)
                                      :
                         Plaintiff,   :        ORDER
              -v-                     :
                                      :
REBECCA MINKOFF LLC, et al.,          :
                                      :
                         Defendants.  :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

On November 18, 2022, a default was entered against defendant Rebecca Minkoff LLC in an amount to be determined at inquest.  On June 30, 2023, this case was referred to Magistrate Judge Barbara C. Moses for an inquest on damages.  Judge Moses submitted her Report and Recommendation to this Court on November 24, 2025.

An Order of January 5, 2026 vacated the November 18, 2022 entry of default for plaintiff Garcia's failure to properly effect service of the second amended complaint.  The Order also denied plaintiff's motion for an entry of default judgment with leave to renew no later than March 20, 2026, if plaintiff properly serves the defendant with the second amended complaint via the New York Secretary of State by February 4, 2026.

On March 23, plaintiff received a clerk's certificate of default as to the defendant.  Plaintiff has not, however,

renewed its motion for an entry of default judgment.

Accordingly, it is hereby

ORDERED that the plaintiff shall show cause by **April 8, 2026** as to why this case should not be dismissed for a failure to prosecute.  Should no letter be filed by that date, this case shall be dismissed.

Dated:    New York, New York
          April 1, 2026

_____
DENISE COTE
United States District Judge

2