```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
VICTORIA N. GARCIA,                      :        22cv1912 (DLC)
                                         :
                          Plaintiff,     :        ORDER
             -v-                         :
                                         :
REBECCA MINKOFF LLC, et al.,             :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On November 18, 2022, a default was entered against defendant Rebecca Minkoff LLC in an amount to be determined at inquest. An Order of January 5, 2026 vacated the entry of default for plaintiff Garcia's failure to properly effect service of the second amended complaint. The Order also permitted plaintiff to renew her motion for an entry of default judgment no later than March 20, if she properly served the defendant with the second amended complaint via the New York Secretary of State by February 4.

Plaintiff did not renew her motion for an entry of default judgment prior to March 20. An Order of April 1 required the plaintiff to show cause by April 8 as to why this case should not be dismissed for a failure to prosecute and explained that, if she does not, the case shall be dismissed. Although the plaintiff filed a motion for default judgment on April 8, she

did not file a letter explaining why this case should not be dismissed for a failure to prosecute.  Accordingly, it is hereby

ORDERED that the above-captioned action will be dismissed with prejudice for a failure to prosecute if the plaintiff fails to explain by **April 16, 2026** why she failed to comply with the Orders of January 5 and April 1, 2026.

Dated:     New York, New York
           April 9, 2026

_____
                DENISE COTE
         United States District Judge

2