# CHARLES LAW, P.C.
### Attorneys at Law

_____
Member of the New York Bar

April 16, 2026

**<u>VIA ECF</u>**
Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: <u>Garcia v. Minkoff, et al, 22-cv-01912 (DLC)</u>

Dear Judge Cote:

We represent plaintiff Victoria Garcia ("Plaintiff" or "Garcia") in this action.  This letter is to respectfully respond to the Court's Orders to Show Cause, dated April 1, 2026 (ECF No. 132) and April 10, 2026 (ECF No. 136) to explain why Plaintiff failed to fully comply with the Court's January 5, 2026 Order. (ECF No. 127).

First, I must apologize to the Court for my misapprehension of the Court's January 5, 2026 Order.  In its Order, the Court granted Plaintiff leave to renew her motion for default judgment as to Defendant Rebecca Minkoff LLC by March 20, 2026. On January 5, 2026, after the Court issued its Order granting Plaintiff leave to renew her motion, I downloaded the Court's Order and consulted Your Honor's Individual Practices in Civil Cases, which addresses this Court's procedural rules to obtain a default judgment in Exhibit A.  I also reviewed this action's docket to review Plaintiff's earlier default judgment motion, which the Court granted.  (ECF Nos. 41, 43, 44, 52, 56-63, 72, 73).  This earlier default judgment motion was initiated before this case was reassigned from U.S. District Judge Vernon S. Broderick to this Court on August 17, 2022.  I believed that repeating the steps from the earlier motion for default would be proper because the earlier motion was granted.

I misunderstood this Court's March 20, 2026 deadline to require Plaintiff to file a proposed certificate of default by that time, as I did earlier, which would start the process for default judgment under the Court's rules.  I believed that the Court would

recognize the Clerk's Certificate of Default, and then order Plaintiff to file the full motion. This was the sequence on the earlier granted default judgment, but now I recognize that this happened only because of the judicial reassignment.  Looking back, I should have filed the motion papers by March 20, 2026, or request clarification from the Court. I did not realize this until the Court's April 1, 2026 Order to Show Cause.  In my haste to fully comply with Court's Order to file the default judgment motion papers on time, and in full compliance with this Court's rules, I neglected to file a letter to the Court the reason for the earlier misunderstanding that has been explained herein.  I never had any intent to not fully comply with this Court's orders.

Thank you for your consideration of this matter.


Respectfully submitted,


CHARLES LAW, P.C.

Fred V. Charles, Esq.
244 Fifth Ave., Suite #2717
New York, New York 10001-7604
Phone: (646) 494-2662
Fax:    (800) 757-9630
Email: fcharles@charleslawpc.com