UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
                                          :
VICTORIA N. GARCIA,                       :
                                          :
                          Plaintiff,      :        22cv1912 (DLC)
              -v-                         :
                                          :        ORDER
REBECCA MINKOFF LLC, et al.,              :
                                          :
                          Defendants.     :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

On November 18, 2022, a default was entered against defendant Rebecca Minkoff LLC in an amount to be determined at inquest. An Order of January 5, 2026 vacated the entry of default for plaintiff Garcia's failure to properly effect service of the second amended complaint. The Order also permitted the plaintiff to renew her motion for an entry of default judgment no later than March 20, if she properly served the defendant with the second amended complaint via the New York Secretary of State by February 4.

On March 20, the plaintiff filed an affidavit claiming that she served the defendant on February 4 via the New York Secretary of State. That same day, the plaintiff also submitted a proposed certificate of default to the Clerk's Office and a supporting declaration, but did not renew her motion for an entry of default judgment. An Order of April 1 required the plaintiff to show cause by April 8 as to why this case should

not be dismissed for a failure to prosecute and explained that, if she does not, the case shall be dismissed.  Although the plaintiff filed a motion for default judgment on April 8, she did not file a letter explaining why this case should not be dismissed for a failure to prosecute.  An Order of April 9 permitted the plaintiff an additional week to file a letter explaining her noncompliance with the Orders of January 5 and April 1, no later than April 16.

On April 16, plaintiff's counsel submitted a letter regarding his noncompliance with this Court's Orders.  The plaintiff also confirmed that she served the defendant with her renewed motion for default judgment.  Accordingly, it is hereby

ORDERED that the plaintiff shall serve this Order on the defendant no later than **April 30, 2026** by certified overnight mail and shall file proof of such service on ECF.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **May 14, 2026** at **3:30 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007. Failure of the defendant to appear will result in entry of a default or a default judgment.

Dated:    New York, New York
          April 17, 2026

                              _____
                              DENISE COTE
                              United States District Judge

2