# CHARLES LAW, P.C.
**Attorneys at Law**

_____
Member of the New York Bar

May 6, 2026

<u>**VIA ECF**</u>
Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: <u>Garcia v. Minkoff, et al, 22-cv-01912 (DLC)</u>

Dear Judge Cote:

We represent plaintiff Victoria Garcia ("Plaintiff" or "Garcia") in this action. This letter is to inform the Court, as directed, that the mailing of this Court's Order (ECF No. 139) to defendant Rebecca Minkoff LLC was returned to me on May 4, 2026, undeliverable. *See* USPS Tracking attached hereto as **Exhibit A.**

According to New York State Dept. of State, Division of Corporations records, Rebecca Minkoff, LLC is an "Active" limited liability company, with its registered agent address for service of process listed as: 16 West 22nd St., 7th Fl., New York, NY 10010. *See* a c opy of Rebecca Minkoff LLC's New York Secretary of State, Division of Corporations profile attached hereto as **Exhibit B**. (https://apps.dos.ny.gov/publicInquiry/EntityDisplay)(last visited May 6, 2026).

I mailed the Court's Order to defendant Rebecca Minkoff LLC's current registered agent address. *See Am. Transit Ins. Co. v. Bilyk*, 546 F. Supp. 3d 182, 198 (E.D.N.Y. 2021) ("[A] major purpose of listing an address with the Department of State is to facilitate service of process."); *see also Williams v. Miracle Mile Properties, LLC et al.,* No. 20-cv-3127 (JS)(ARL), 2024 WL 3878826, at *18 (E.D.N.Y. June 21, 2024)(holding that Secretary of State registered agent requirements apply with equal strength to LLCs); *see also Logan v. World Luxury Cars,Inc.*, No. 15-cv-248 (ENV)(PK), 2023 WL 15878, at *2 (Jan. 11, 2023)("New York law requires corporations to advise the Secretary of State of any change of address, and accordingly, because plaintiff served defendant through the Secretary of State, service on that defendant was necessarily proper, regardless of whether the address on file was correct."). Here, because

defendant Rebecca Minkoff LLC has failed to update its corporate registered agent address, Plaintiff requests that service of process be deemed proper for purposes of this motion.

Thank you for your consideration of this matter.

Respectfully submitted,

CHARLES LAW, P.C.

Fred V. Charles, Esq.
244 Fifth Ave., Suite #2717
New York, New York 10001-7604
Phone: (646) 494-2662
Fax:    (800) 757-9630
Email: fcharles@charleslawpc.com