# CHARLES LAW, P.C.
**Attorneys at Law**

Fred V. Charles, Esq.
_____
Member of the New York Bar

May 11, 2026

**VIA ECF**

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Garcia v. Minkoff, et al, 22-cv-01912 (DLC)

Dear Judge Cote:

      We represent plaintiff Victoria Garcia ("Plaintiff" or "Garcia") in this action.  We are writing to the Court to respectfully request that for the May 14, 2026 in-person conference, Plaintiffs counsel may appear telephonically.  The reason for this request is due to my visual impairment, attending proceedings in person presents significant difficulties, and a telephonic appearance would allow me to fully and effectively participate.

Thank you for your consideration of this matter.

Respectfully submitted,

CHARLES LAW, P.C.

Fred V. Charles, Esq.
244 Fifth Ave., Suite #2717
New York, New York 10001-7604
Phone: (646) 494-2662
Fax:    (800) 757-9630
Email: fcharles@charleslawpc.com