**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VICTORIA N. GARCIA,<br>            Plaintiff,<br><br>        v.<br><br>REBECCA MINKOFF LLC, and<br>SUNRISE BRANDS, LLC,<br>            Defendants. | Case No. 22-cv-01912-(DLC)<br><br> ~~PROPOSED ORDER FOR~~<br>**DEFAULT JUDGMENTS** |

**JUDGMENT**

On March 4, 2022, this action was commenced by Plaintiff filing the complaint (Dkt. No. 1).

A First Amended Complaint was filed on June 17, 2022. The First Amended Complaint having been duly served on Defendant Rebecca Minkoff LLC ("Minkoff") on June 22, 2022 (Dkt. Nos.

25 & 26).

A Second Amended Complaint was filed on August 29, 2022. (Dkt. No. 53). The Second Amended Complaint having been duly served on February 4, 2026, and proof of service filed on March 20, 2026. (Dkt. No. 128).

To date, Defendant Minkoff has failed to appear in this action *and at a hearing on May 14, 2026*. The Clerk of this Court has certified the default of Defendant Minkoff on March 23, 2026. (Dkt. No 131).

NOW, on motion of Plaintiff, by her attorney Fred V. Charles, it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiff have judgment against Defendant Minkoff in amount of $60,740.98.

Dated: New York, New York

ISSUED:  *May 14, 2026*

_____
Denise L. Cote
United States District Judge